# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No. 17-71-02 & 10** |
| | : | |
| **EMMETT PERKINS, ET AL.** | : | |

## O R D E R

**AND NOW**, this 4th day of December, 2018, upon consideration of Defendant Emmett Perkins' and Defendant Daquian Brown's unopposed Motions to Join Defendant Deborah Baylor's Omnibus Pretrial Motion (Doc. Nos. 221, 222), it is hereby **ORDERED** that their Motions (Doc. Nos. 221, 222) are **GRANTED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.